IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY HARLEY,**<br>            **Plaintiff,**<br><br>            v.<br><br>**DEPARTMENT OF HUMAN SERVICES, POLICE DISTRICTS 34TH 35TH 15TH 2ND, CITY OF PHILADELPHIA AND ALL CITY COUNCIL MEMBERS, FORMER STATE SENATOR ROSITA C. YOUNGBLOOD, DEPARTMENT OF BEHAVIORAL HEALTH & INTELLECTUAL SERVICES, DEPARTMENT OF PUBLIC WELFARE CHELLER & PARKSIDE DISTRICT, GAUDENZIA HOUSE SHELTER, HOUSE OF PASSION, FORMER CITY COUNCILWOMAN JANIE BLACK, CHERELLE PARKER, AND KENYETTA JOHNSON,**<br>            **Defendants.** | **CIVIL ACTION**<br><br>**NO. 23-3144** |

## ORDER

AND NOW, this 24th day of August, 2023, upon consideration of Plaintiff Mary Harley's Motion to Proceed *In Forma Pauperis*, (ECF No. 1), and her *pro se* Complaint, (ECF No. 2), it is **ORDERED** that:

1. Harley's Motion to Proceed *In Forma Pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** as follows:

    a. Claims raised on behalf of Harley's daughter are **DISMISSED WITHOUT PREJUDICE** for lack of standing; and,

    b. Any claims raised on Harley's behalf are **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall **CLOSE** this case.

                                        **BY THE COURT:**

                                              **/s/Wendy Beetlestone, J.**

                                        **WENDY BEETLESTONE, J.**

Case 2:23-cv-03144-WB   Document 5   Filed 08/24/23   Page 2 of 2